UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC., HANS VESTBERG, and MATTHEW ELLIS,<br><br>Defendants. | No.: 3:23-cv-05218-RK-RLS<br><br>Hon. Robert Kirsch<br>District Judge<br><br>Hon. Rukhsanah L. Singh<br>Magistrate Judge<br><br>CLASS ACTION |

## [PROPOSED] ORDER APPOINTING THE DUTCH FUNDS AND THE INSTITUTIONAL INVESTOR GROUP AS LEAD PLAINTIFF AND APPROVING THEIR SELECTIONS OF COUNSEL

WHEREAS, on October 2, 2023, the statutory lead plaintiff deadline, six movants filed motions to be appointed as lead plaintiff in the above-referenced action: (i) Stichting Pensioenfonds Metaal en Techniek, Stichting Pensioenfonds van de Metalektro, and Stichting Mn Services Aandelenfonds Noord-Amerika (the "Dutch Funds") (*see* ECF Nos. 6 & 7); (ii) AkademikerPension, E. Öhman J:or Fonder AB, and Storebrand Asset Management AS (the "Institutional Investor Group") (*see* ECF Nos. 11 & 11-1); (iii) New Mexico State Investment Council and Public Employees Retirement Association of New Mexico (the "New Mexico Funds") (*see* ECF Nos. 12 & 12-1); (iv) Pembroke Pines Firefighters & Police Officers Pension Fund and Iron Workers Local 580 Joint Funds (*see* ECF Nos. 13 & 13-2); (v) General Retirement System of the City of Detroit (*see* ECF Nos. 8 & 9); and (vi) George Meehan (*see* ECF No. 4);

WHEREAS, four of the six movants have withdrawn their motions: Meehan (ECF No. 17); the Pembroke Pines Firefighters & Police Officers Pension Fund and Iron Workers Local 580 Joint

Funds (ECF No. 18); the New Mexico Funds (ECF No. 20); and the Detroit Retirement System (ECF No. 22).

Having considered (a) the motions of the Dutch Funds (ECF Nos. 6 & 7) and the Institutional Investor Group (ECF Nos. 11 & 11-1) for (i) appointment as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1934 ("PSLRA"), and (ii) approval of their selections of Grant & Eisenhofer P.A. ("Grant & Eisenhofer") and Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz") as lead counsel for the class and the law firm of Carella, Byrne, Cecchi, Brody & Agnello, P.C. ("Carella Byrne") as liaison counsel (the "Motions"); (b) the memoranda of law in support of the Motions; and (c) the Declarations of Daniel L. Berger (ECF No. 10) and James E. Cecchi (ECF No. 11-3), and the attached exhibits in support of the Motions, it is hereby ORDERED that:

1. The Motions are GRANTED;

2. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, all securities class actions relating to the same or substantially similar alleged wrongdoing by Defendants on behalf of the same or substantially similar putative class that is subsequently filed in, or transferred to, this District shall be consolidated into this action. This Order shall apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action;

3. The Dutch Funds and the Institutional Investor Group are hereby APPOINTED as Lead Plaintiff pursuant to 15 U.S.C. §78u-4(a)(3)(B)(iii); and

4.     Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Grant & Eisenhofer and Kessler Topaz are hereby APPOINTED as Lead Counsel for the class, and Carella Byrne is hereby APPOINTED as Liaison Counsel for the class.  Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class: (a) preparing and filing pleadings; (b) briefing and arguing motions; (c) conducting discovery proceedings and depositions; (d) participating in settlement negotiations with counsel for Defendants; (e) prosecuting pretrial proceedings and the trial of this matter; and (f) supervising all other matters concerning the prosecution or resolution of this action.

5. The Clerk of Court is directed to TERMINATE the Motions pending at Docket Entries Numbered 6 and 11.

IT IS SO ORDERED.

Dated: October 20, 2023.

_____
THE HONORABLE RUKHSANAH L. SINGH
UNITED STATES MAGISTRATE JUDGE