UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC., HANS VESTBERG, and MATTHEW ELLIS<br><br>Defendants. | Case No. 3:23-cv-05218 (RK) (RLS)<br><br>Hon. Robert Kirsch<br>District Judge<br><br>Hon. Rukhsanah L. Singh<br>Magistrate Judge |

**JOINT STIPULATION AND ORDER REGARDING
LEAD PLAINTIFFS' FILING OF THE AMENDED
CLASS ACTION COMPLAINT**

Lead Plaintiffs Stichting Pensioenfonds Metaal en Techniek, Stichting Pensioenfonds van de Metalektro, Stichting Mn Services Aandelenfonds Noord-Amerika (the "Dutch Funds"), AkademikerPension, E. Öhman J:or Fonder AB, Storebrand Asset Management AS (the "Institutional Investor Group") (collectively, "Lead Plaintiffs"), and Defendants Verizon Communications Inc., Hans Vestberg, and Matthew Ellis ("Defendants"), by and through their respective undersigned counsel, hereby stipulate to and request that the Court SO ORDER the schedule set forth below for Lead Plaintiffs to file the Amended Class Action Complaint for Violations of the Federal Securities Laws ("Amended Complaint") and for Defendants to answer or move to dismiss the Amended Complaint:

WHEREAS, on August 18, 2023, Plaintiff General Retirement System of the City of Detroit filed the Class Action Complaint (ECF No. 1);

WHEREAS, on October 20, 2023, the Court issued an Order appointing the Dutch Funds and the Institutional Investors Group as Lead Plaintiffs and Grant & Eisenhofer and Kessler Topaz Meltzer & Check, LLP as Lead Counsel (ECF No. 26);

WHEREAS, the parties have met and conferred concerning a deadline for Lead Plaintiffs to file the Amended Complaint and for a subsequent briefing schedule;

NOW, THEREFORE, the parties hereby stipulate and agree, by and between the attorneys for the undersigned parties to this action and subject to the Court's approval, that the following deadlines govern this action:

1. Lead Plaintiffs shall file the Amended Complaint by **December 22, 2023**;

2. Defendants shall file any motion(s) to dismiss (or answer the Amended Complaint) on or before **February 27, 2024**;

1

3. Lead Plaintiffs shall respond to Defendants' motion(s) to dismiss on or before **April 15, 2024**; and

4. Defendants shall file any reply in further support of any motion(s) to dismiss on or before **May 15, 2024**.

Dated: November 2, 2023

**JONES DAY**

/s/ *Nina Yadava*
Jennifer Lynn Del Medico
Nina Yadava
250 Vesey Street
New York, NY 10281
Telephone: (212) 326-3658
Facsimile: (212-755-7306
jdelmedico@jonesday.com
nyadava@jonesday.com
Geoffrey J. Ritts
Adrienne Ferraro Mueller
North Point
901 Lakeside Avenue
Cleveland, OH 44114
gjritts@jonesday.com
afmueller@jonesday.com

*Counsel for Defendants, Verizon Communications Inc., Hans Vestberg And Matthew Ellis*

**GRANT & EISENHOFER**

/s/ *Daniel L. Berger*
Jeffrey A. Almeida
123 Justison Street
Wilmington, DE 19801
Telephone: (302) 622-7000
Facsimile: (302) 622-7100
jalmeida@gelaw.com

Daniel L. Berger
485 Lexington Avenue
New York, NY 10017
Telephone: (646) 722-8500
Facsimile: (646) 722-8501
dberger@gelaw.com

**KESSLER TOPAZ MELTZER & CHECK, LLP**

/s/ *Joshua E. D'Ancona*
Joshua E. D'Ancona
David Bocian
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
jdancona@ktmc.com
dbocian@ktmc.com

*Lead Counsel for Lead Plaintiffs Institutional Investor Group and Dutch Funds and for the Class*

2

**CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.**

*/s/ James E. Cecchi*
James E. Cecchi
Kevin Cooper
5 Becker Farm Road
Roseland, NJ 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
jcecchi@carellabyrne.com
kcooper@carellabyrbe.com

*Local Counsel for Lead Plaintiffs
Institutional Investor Group and Dutch Funds
and for the Class*

**SO ORDERED:**

This 3d day of November 2023.

/s/ Rukhsanah L. Singh, USMJ

3